UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| MARY RUSSELL, | Case No. 5:19-cv-359-BO |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

This cause was heard by the undersigned on the plaintiff's and defendant's *Consent Motion to Modify Scheduling Order* to extend certain deadlines. The Court finds that good cause exists to allow said Motion.

**IT IS THEREFORE ORDERED** that the Consent Motion to Modify Scheduling Order be GRANTED, and that the Scheduling Order in this case be modified as follows:

a. Reports from retained experts under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) are due from defendant by December 15, 2020.

b. The deadline for completion of all discovery, general and expert, shall be February 1, 2021.

c. The deadline for completion of mediation shall be February 1, 2021.

d. The deadline for filing dispositive motions shall be March 1, 2021.

Dated: September 1, 2020

Robert T. Numbers, II
United States Magistrate Judge