UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY RUSSELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No. 5:19-cv-359-BO<br><br>ORDER |

This cause was heard by the undersigned on the plaintiff's and defendant's *Consent Motion to Modify Scheduling Order* to extend certain deadlines. The Court finds that good cause exists to allow said Motion.

**IT IS THEREFORE ORDERED** that the Consent Motion to Modify Scheduling Order be GRANTED, and that the Scheduling Order in this case be modified as follows:

   a. Reports from retained experts under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) are due from plaintiff by December 15, 2021.

   b. The deadline for completion of all discovery, general and expert, shall be January 15, 2022.

   c. The deadline for filing dispositive motions shall be February 15, 2022.

This the 18 day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　_Terrence Boyle_
　　　　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge